United States District Court
Southern District of Texas
**ENTERED**
December 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GABINO SALINAS | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | M-22-0311 |
| "STG" GANG INTELLIGENCE, *et al.* | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights complaint brought pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 13 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 27th day of December 2022, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE